IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
EASTERN DIVISION

| | | |
|---|---|---|
| Iman Rezanezhad Gatabi, | ) | |
| | ) | |
| Plaintiff, | ) | **ORDER ADOPTING REPORT** |
| | ) | **AND RECOMMENDATION** |
| v. | ) | |
| | ) | Case No. 3:25-cv-16 |
| Vitamin Cottage Natural Food Markets Inc., | ) | |
| | ) | |
| Defendant. | ) | |

Plaintiff Iman Rezanezhad Gatabi, an attorney proceeding pro se, alleges he purchased and consumed seafood from Vitamin Cottage Natural Food Markets Inc. ("Natural Grocers") and experienced mercury poisoning due to inadequate warnings on the seafood packaging. Doc. 5. Gatabi filed a complaint against Natural Grocers, alleging negligence, negligent infliction of emotional distress, and breach of warranty of merchantability. Id. Natural Grocers moves to dismiss Gatabi's claims and, in the alternative, to strike some of Gatabi's claims. Docs. 11; 15; 21.

United States Magistrate Judge Alice R. Senechal reviewed the complaint and filed a Report and Recommendation. Doc. 25. She recommends Natural Grocers' motion to dismiss be granted in part and denied in part. Id. at 20. Specifically, she recommends Natural Grocers' motion be granted as to Gatabi's claims of breach of implied warranty of merchantability and negligent infliction of emotional distress. Id. In all other respects, Natural Grocers' motion to dismiss and alternative motion to strike should be denied. Id.

Objections to the Report and Recommendation were due by October 24, 2025. Id. No objections have been filed. The Court has carefully reviewed the Report and Recommendation, relevant case law, and the entire record, and finds the Report and Recommendation to be persuasive. So, the Court **ADOPTS** the Report and Recommendation (Doc. 25) in its entirety. For

the reasons set forth therein, Natural Grocers' motion to dismiss (Docs. 11; 21) is **GRANTED** in part and **DENIED** in part. Natural Grocers' motion to strike (Doc. 15) is **DENIED**.

**IT IS SO ORDERED.**

Dated this 4th day of December, 2025.

*/s/ Peter D. Welte*
Peter D. Welte, Chief Judge
United States District Court
